**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Calvin JOHNSON, Defendant—
Appellant.**

No. 09–8207.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2010.

Decided: March 5, 2010.

Calvin Johnson, Appellant Pro Se. Neil H. MacBride, United States Attorney, Alexandria, Virginia, for Appellee.

Before DUNCAN and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Calvin Johnson appeals the district court's order denying his motion in which he challenged a prior order denying relief on his Fed.R.Civ.P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Johnson*, No. 3:93–cr–0007–RLW–6 (E.D.Va. Nov. 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*